United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **MIRIAM TIJERINA-DAVILA, and** | § | |
| | § | |
| **GILBERT DAVILA** | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 2:25-cv-00264** |
| **v.** | § | |
| | § | |
| **AXIOS INDUSTRIAL GROUP, LLC,** | § | |
| **FLINT HILLS RESOURCES, LP,** | § | **JURY DEMANDED** |
| **FLINT HILLS RESOURCES, LLC,** | § | |
| **FLINT HILLS RESOURCES, LC, and** | § | |
| **FLINT HILLS RESOURCES CORPUS** | § | |
| **CHRISTI, LLC** | § | |
| **Defendants** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties have filed their Stipulation of Dismissal in this action as to Defendant Axios Industrial Group, LLC, only, [dkt. 24]. The Court finds that the Parties' Stipulation should be given effect. Accordingly, it is hereby

ORDERED that Plaintiffs' claims against Defendant Axios Industrial Group, LLC, only, be and the same are hereby dismissed without prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED** this ______ day of 2/23/26, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE



1022085.1